UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-6217
(2:19-cv-00760-RMG)

_____

CLINTON FOLKES

    Petitioner - Appellee

v.

WARDEN NELSEN

    Respondent - Appellant

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

    For the Court

    /s/ Patricia S. Connor, Clerk